AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ray, Jr., Hal R. | U. S. District Court for the Northern District of Texas | 10/18/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge full-time | ☐ Nomination  Date<br>☑ Initial  ☐ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2015<br>to<br>07/29/2016 |

**7. Chambers or Office Address**

1000 Lamar Street
Room 203
Wichita Falls, TX 76301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and Past Chairman | Masonic Temple Library & Museum of Fort Worth, Inc. |
| 2. | Director and Past Chairman | Masonic Temple Association of Fort Worth, Inc. |
| 3. | Director | Fort Worth Scottish Rite Foundation, Inc. |
| 4. | General Counsel and Assistant Secretary | Home for Aged Masons, also known as Texas Masonic Retirement Center |
| 5. | Partner | Pope, Hardwicke, Christie, Schell, Kelly & Ray, LLP |
| 6. | Partner | Panther City Bank Partners |
| 7. | International Chapter Leader | University of London International Programmes Alumni Association |
| 8. | Co-Trustee | Family Trust # 1 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 06-24-2016 | Pope law firm will pay partnership interest through 08-31-16, pay one other fee, contribute to retirement plan, send oil and gas checks, and keep table, chair. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Pope, Hardwicke, Christie, Schell, Kelly & Ray, LLP partnership income | $319,477.00 |
| 2. 2014 | Teacher Retirement System survivor pension | $25,302.00 |
| 3. 2015 | Pope, Hardwicke, Christie, Schell, Kelly & Ray, LLP partnership income | $433,322.00 |
| 4. 2015 | Teacher Retirement System survivor pension | $27,410.24 |
| 5. 2016 | Pope, Hardwicke, Christie, Schell, Kelly & Ray, LLP partnership draws | $116,600.00 |
| 6. 2016 | Teacher Retirement System survivor pension | $14,759.36 |
| 7. 2015 | Brokerage firm marketing bonus for funding account | $1,000.00 |
| 8. 2015 | Bank of America class action settlement payment | $319.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Teacher Retirement System survivor benefit |
| 2. 2015 | PERS of Mississippi survivor benefit |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | | | | |
| 2. | | | | |
| 3. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 10/18/2016 |

4. _____ _____ _____ _____ _____

5. _____ _____ _____ _____ _____

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust # 1 (H) | | | | | Exempt | | | | |
| 2. - Cisco Systems Inc. common stock | B | Dividend | K | T | Exempt | | | | |
| 3. - Intel Corp common stock | B | Dividend | K | T | Exempt | | | | |
| 4. - Williams Companies Inc. common stock | C | Dividend | K | T | Exempt | | | | |
| 5. - Yum Brands, Inc. common stock | A | Dividend | J | T | Exempt | | | | |
| 6. - ETrade Cash Account | A | Interest | M | T | Exempt | | | | |
| 7. - U.S. Savings Bonds | C | Interest | K | T | Exempt | | | | |
| 8. - BBVA Bank cash account | A | Interest | J | T | Exempt | | | | |
| 9. IRA # 1 (H) | | | | | Exempt | | | | |
| 10. - Vanguard Target Retirement Fund 2025 | A | Dividend | J | T | Exempt | | | | |
| 11. - Vanguard Target Retirement Fund 2030 | C | Dividend | L | T | Exempt | | | | |
| 12. - Vanguard Target Retirement Fund 2035 | B | Dividend | K | T | Exempt | | | | |
| 13. - Vanguard Target Retirement Fund 2040 | B | Dividend | L | T | Exempt | | | | |
| 14. - Vanguard Total Stock Market Index Fund | A | Dividend | J | T | Exempt | | | | |
| 15. - Vanguard Prime Money Market Fund | A | Dividend | J | T | Exempt | | | | |
| 16. IRA # 2 (H) | | | | | Exempt | | | | |
| 17. - Vanguard Target Retirement Fund 2025 | C | Dividend | M | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Vanguard Target Retirement Fund 2030 | D | Dividend | M | T | Exempt | | | | |
| 19. - Vanguard Target Retirement Fund 2035 | D | Dividend | M | T | Exempt | | | | |
| 20. - Vanguard Target Retirement Fund 2040 | D | Dividend | M | T | Exempt | | | | |
| 21. - Vanguard Total Stock Market Index Fund | A | Dividend | K | T | Exempt | | | | |
| 22. - Vanguard Prime Money Market Fund | A | Dividend | K | T | Exempt | | | | |
| 23. IRA # 3 (H) | | | | | Exempt | | | | |
| 24. - Vanguard Target Retirement Fund 2025 | A | Dividend | J | T | Exempt | | | | |
| 25. - Vanguard Target Retirement Fund 2030 | A | Dividend | K | T | Exempt | | | | |
| 26. - Vanguard Target Retirement Fund 2040 | A | Dividend | K | T | Exempt | | | | |
| 27. - Vanguard Total Stock Market Index Fund | A | Dividend | J | T | Exempt | | | | |
| 28. - Vanguard Prime Money Market Fund | A | Dividend | J | T | Exempt | | | | |
| 29. - Bank of America common stock | A | Dividend | J | T | Exempt | | | | |
| 30. IRA # 4 (H) | | | | | Exempt | | | | |
| 31. - Bank of America common stock | A | Dividend | J | T | Exempt | | | | |
| 32. -ETrade Cash Account | A | Interest | J | T | Exempt | | | | |
| 33. IRA # 5 (H) | | | | | Exempt | | | | |
| 34. - Prime Money Market Fund | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA # 6 (H) | | | | | Exempt | | | | |
| 36. - ETrade Cash Account | A | Interest | L | T | Exempt | | | | |
| 37. Account # 1 (H) | | | | | Exempt | | | | |
| 38. - Fidelity Spartan Short-Term Treasury Bond Fund | A | Dividend | | | Exempt | | | | |
| 39. - Fidelity Cash Account | A | Interest | | | Exempt | | | | |
| 40. Account # 2 (H) | | | | | Exempt | | | | |
| 41. - Fidelity Cash Account | A | Interest | J | T | Exempt | | | | |
| 42. - Fidelity Four in One Index Fund | C | Dividend | M | T | Exempt | | | | |
| 43. - Fidelity Spartan Short-Term Treasury Bond Fund | A | Dividend | | | Exempt | | | | |
| 44. Account # 3 (H) | | | | | Exempt | | | | |
| 45. - Vanguard Short-Term Tax Exempt Bond Fund | A | Interest | J | U | Exempt | | | | |
| 46. - Vanguard Target Retirement Fund 2030 | D | Dividend | N | T | Exempt | | | | |
| 47. - Vanguard Target Retirement Fund 2035 | D | Dividend | N | T | Exempt | | | | |
| 48. - Vanguard Target Retirement Fund 2040 | D | Dividend | M | T | Exempt | | | | |
| 49. Account # 4 (H) | | | | | Exempt | | | | |
| 50. - Vanguard 529 Plan Moderate Age-Based Option: Income Portfolio Fund | | None | K | T | Exempt | | | | |
| 51. Account # 5 (H) | | | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Vanguard 500 Index Fund | B | Dividend | K | T | Exempt | | | | |
| 53. - Vanguard Prime Money Market Fund | A | Dividend | M | T | Exempt | | | | |
| 54. - Vanguard Windsor Fund | B | Dividend | J | T | Exempt | | | | |
| 55. - American Funds Capital Income Builders Fund | B | Dividend | K | T | Exempt | | | | |
| 56. - American Funds-The Income Fund of America | C | Dividend | K | T | Exempt | | | | |
| 57. - Franklin High Yield Tax Free Income Fund | C | Dividend | L | T | Exempt | | | | |
| 58. - Franklin Income Fund | B | Dividend | K | T | Exempt | | | | |
| 59. - Thornburg Investment Income Builder Fund | B | Dividend | K | T | Exempt | | | | |
| 60. - Altria Group Inc. common stock | A | Dividend | J | T | Exempt | | | | |
| 61. - American Electric Power Co. common stock | C | Dividend | L | T | Exempt | | | | |
| 62. - AT&T common stock | D | Dividend | M | T | Exempt | | | | |
| 63. - Bank America Corp. common stock | A | Dividend | J | T | Exempt | | | | |
| 64. - Chemours Company common stock | A | Dividend | J | T | Exempt | | | | |
| 65. - Citigroup Inc. common stock | A | Dividend | J | T | Exempt | | | | |
| 66. - E.I. DuPont de Nemours & Company common stock | B | Dividend | K | T | Exempt | | | | |
| 67. - Energy Transfer Partners Unit Ltd. Partnership units | A | Dividend | J | T | Exempt | | | | |
| 68. - Entergy Corp. common stock | B | Dividend | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - ExxonMobil Corp. common stock | A | Dividend | J | T | Exempt | | | | |
| 70. - General Electric Company common stock | A | Dividend | J | T | Exempt | | | | |
| 71. - GlaxoSmithKline PLC Sponsored ADR | A | Dividend | J | T | Exempt | | | | |
| 72. - Intel Corp. common stock | A | Dividend | J | T | Exempt | | | | |
| 73. - Merck & Company Inc. common stock | A | Dividend | J | T | Exempt | | | | |
| 74. - Microsoft Corporation common stock | A | Dividend | J | T | Exempt | | | | |
| 75. - Nextera Energy Inc. common stock | C | Dividend | L | T | Exempt | | | | |
| 76. - Pepsico Inc. common stock | A | Dividend | J | T | Exempt | | | | |
| 77. - Westar Energy Inc. common stock | A | Dividend | K | T | Exempt | | | | |
| 78. - American Municipal Power of Ohio Inc. bond | A | Interest | J | T | Exempt | | | | |
| 79. - Grand River Dam Authority of Oklahoma bond | A | Interest | J | T | Exempt | | | | |
| 80. - Keller Texas Independent School District bond | A | Interest | J | T | Exempt | | | | |
| 81. - Port of Oakland California bond | A | Interest | J | T | Exempt | | | | |
| 82. - Investment Company of America Fund Class A | D | Dividend | | | Exempt | | | | |
| 83. - University of Texas Permanent University Fund Bond | A | Interest | | | Exempt | | | | |
| 84. - Regency Energy Partners LP units | A | Dividend | | | Exempt | | | | |
| 85. Account 6 (H) | | | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Berkshire Hathaway common stock | | None | J | T | Exempt | | | | |
| 87. - Coca Cola Company common stock | A | Dividend | K | T | Exempt | | | | |
| 88. - Pepsico Inc. common stock | B | Dividend | K | T | Exempt | | | | |
| 89. - AT&T Inc. common stock | A | Dividend | J | T | Exempt | | | | |
| 90. - ExxonMobil common stock | A | Dividend | J | T | Exempt | | | | |
| 91. - Yum Brands Inc. common stock | A | Dividend | J | T | Exempt | | | | |
| 92. - Addison, Texas CTFS Obligations Bond | A | Interest | J | T | Exempt | | | | |
| 93. - Bridgeport Independent School District Bond | A | Interest | J | T | Exempt | | | | |
| 94. - Denton Co., Texas Bond | A | Interest | J | T | Exempt | | | | |
| 95. - Eagle Mountain & Saginaw ISD School Bond | A | Interest | J | T | Exempt | | | | |
| 96. - Edinburg, Texas Local Government Bond | A | Interest | J | T | Exempt | | | | |
| 97. - El Paso County, Texas Hospital District Bond | A | Interest | J | T | Exempt | | | | |
| 98. - Harris County, Texas Cultural Educational Facilities Bond | A | Interest | J | T | Exempt | | | | |
| 99. - Iliinois Finance Authority Bond | A | Interest | J | T | Exempt | | | | |
| 100. - Lower Colorado River Authority Bond | A | Interest | J | T | Exempt | | | | |
| 101. - Prosper ISD Bond | B | Interest | K | T | Exempt | | | | |
| 102. - Texas Transportation Commission Bond | A | Interest | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Tyler, Texas Health Facilities Development Corp. Bonds | B | Interest | K | T | Exempt | | | | |
| 104. - Melissa ISD Bond | A | Interest | | | Exempt | | | | |
| 105. - Tarrant County, Texas Cultural Educational Facilities Bond | A | Interest | | | Exempt | | | | |
| 106. - Indiana Bd Bk Rev Spl Program Bond | A | Interest | | | Exempt | | | | |
| 107. - Winkler County, Texas Bond | A | Interest | | | Exempt | | | | |
| 108. - ETrade Cash Account | A | Interest | N | T | Exempt | | | | |
| 109. Account 7 (H) | | | | | Exempt | | | | |
| 110. - Abbie, Inc. common stock | A | Dividend | J | T | Exempt | | | | |
| 111. - Abbot Labs common stock | A | Dividend | J | T | Exempt | | | | |
| 112. - American Electric Power Inc. common stock | A | Dividend | J | T | Exempt | | | | |
| 113. - Applied Materials Inc. common stock | A | Dividend | K | T | Exempt | | | | |
| 114. - Apache Corp. common stock | A | Dividend | J | T | Exempt | | | | |
| 115. - Caterpillar Inc. common stock | A | Dividend | J | T | Exempt | | | | |
| 116. - CME Group Inc. common stock | B | Dividend | J | T | Exempt | | | | |
| 117. - Cummins Inc. common stock | A | Dividend | J | T | Exempt | | | | |
| 118. - CSX Corp. common stock | A | Dividend | J | T | Exempt | | | | |
| 119. - Chevron Corp. common stock | A | Dividend | J | T | Exempt | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Huntington Bancshares Inc. common stock | A | Dividend | J | T | Exempt | | | | |
| 121.  - HollyFrontier Corp. common stock | A | Dividend | J | T | Exempt | | | | |
| 122.  - Hewlett Packard Co. common stock | A | Dividend | | | Exempt | | | | |
| 123.  - Hewlett Packard Enterprise Co. common stock | A | Dividend | J | T | Exempt | | | | |
| 124.  - HP Inc. common stock | A | Dividend | J | T | Exempt | | | | |
| 125.  - Harris Corp. common stock | A | Dividend | J | T | Exempt | | | | |
| 126.  - Humana Inc. common stock | A | Dividend | J | T | Exempt | | | | |
| 127.  - Mondelez International Inc. common stock | A | Dividend | J | T | Exempt | | | | |
| 128.  - Merck & Co., Inc. common stock | A | Dividend | J | T | Exempt | | | | |
| 129.  - ExxonMobil Corp. common stock | A | Dividend | J | T | Exempt | | | | |
| 130.  - ETrade Cash Account | A | Interest | J | T | Exempt | | | | |
| 131.  - Miscellaneous (H) | | | | | Exempt | | | | |
| 132.  - Walt Disney Company common stock | C | Dividend | L | T | Exempt | | | | |
| 133.  - MetLife, Inc. common stock | A | Dividend | J | T | Exempt | | | | |
| 134.  - AT&T common stock | D | Dividend | M | T | Exempt | | | | |
| 135.  - First Texas BHC, Inc. common stock | | None | K | U | Exempt | | | | |
| 136.  - Texas Tomorrow Fund account | | None | K | V | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - HSA Bank | A | Interest | K | T | Exempt | | | | |
| 138. - Bank of America cash accounts | B | Interest | O | T | Exempt | | | | |
| 139. - BBVA Bank cash accounts | A | Interest | | | Exempt | | | | |
| 140. - American General Life Insurance Co. cash value of policies | B | Dividend | K | T | Exempt | | | | |
| 141. - Jackson National Life Insurance Co. cash value of policy | C | Dividend | K | T | Exempt | | | | |
| 142. - Reassure America Life Insurance Co. cash value of policy | A | Dividend | J | T | Exempt | | | | |
| 143. - MetLIfe, Inc. cash value of policy | A | Dividend | J | T | Exempt | | | | |
| 144. - Royalty Interests, Tarrant County, Texas | D | Royalty | K | V | Exempt | | | | |
| 145. - Working Interests, Bonds Ranch Wells, Tarrant County, Texas | C | Royalty | J | W | Exempt | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 10/18/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On Part I, Positions, I resigned Positions # 1 through # 6 on or before 06-24-2016 when I was sworn in as a U.S. Magistrate Judge. I resigned Position # 7 on 07-27-2016. On Part VII, line 136 of the amended initial report (line 139 of the original report), the value of the Texas Tomorrow Fund account is calculated by multiplying the number of credit hours remaining under the contract by the per hour value set each year by the Fund. In Part VII, line 144 (originally line 146), the value of the royalty interests is based on the property tax values assigned by the appraisal district. In Part VII, line 145 (originally line 147), the estimated value of the Working Interest is based on a multiple of cashflow from the interest. For the Amended Report dated October 18, 2016, I made the following revisions in response to the Letter of Inquiry dated October 3, 2016: (1) deleted Part IIIA, lines 5 and 8, because they were reportable only on Part VII, Column D, for which I was exempted from reporting on the initial report; (2) combined Part VII, lines 6, 7, and 8 and lines 38 and 39 from the original initial report and identified the institution holding the cash accounts on new line 6 and new line 36, respectively; (3) identified the institutions holding the cash accounts on new line 32 (originally line 34), new line 39 (originally line 42), new line 41 (originally line 44), new line 42 (originally line 44), new line 108 (originally line 111), and new line 130 (originally line 133); (4) corrected the spelling of "Grand" on line 79 (originally line 82); and added on line 143 an additional insurance policy that I inadvertently omitted from the original initial report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Hal R. Ray, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544